**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 2 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Glenford Kennard Hyatt, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:21-CV-0221-CC |
| v. | ) |
| | ) |
| M&T Bank, | ) |
| Lakeview Loan Servicing LLC. | ) |
| Defendant, | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO MOVE THE COURT FOR SUMMARY JUDGEMNT BY ORDER

COME NOW Glenford Kennard Hyatt ("Plaintiff"), as affiant by special appearance, and pursuant to Rule 12 of the Federal Rules of Civil Procedure, file this memorandum of law in support of the Plaintiffs' Motion to Move the Court For Summary Judgement By Order. This serves also as a response to Doc 15. ("DEFENDANTS' RESPONSE TO PLAINTIFF'S "MOTION TO MOVE THE COURT FOR SUMMARY JUDGMENT BY ORDER").

## I. INTRODUCTION

Notice, upon further discovery and research, the claims made by the Plaintiff have a clear cause of action. The Defendant M&T Bank has not responded to any of the filed exhibits shown in Doc. 3 under penalty of perjury, therefore they've shown no rebuttal to such evidence, or validation of the alleged obligation of a

1

Signed This _22_ day of April 2021.

_____
Plaintiff, Glenford Kennard Hyatt

debt. These exhibits were delivered and proof of delivery has been submitted via Certified USPS first class mail receipts.

Furthermore, I, the Plaintiff, now mature to read and comprehend my consumer credit protection rights; whereby I, the Plaintiff, have broken prior tradition of non-questioning transactions due to ignorance or fear; whereby breaking tradition the Plaintiff has invoked their consumer right to ask questions relating to transactions nunc pro tunc, meaning now for then. The Plaintiff comes forth by special appearance invoking my right to dispute any validity of any debt obligation or alleged debt obligation arising from a transaction in commerce between Glenford Kennard Hyatt ("Plaintiff") and the Defendant(s) M&T Bank and Lakeview Loan Servicing LLC.

Pursuant to 15 USC 1692(h), I, the affiant, allege  and invoke as the consumer that if Defendants cannot directly rebut the dispute of debt that I allege, then I as the consumer direct all payments nunc pro tunc to be repaid to I, the consumer.

Furthermore, I, the Plaintiff notices that Title 15 U.S. Code § 1692g ( c ) clearly states the following definition of Admission of Liability: "The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer."

## II. FACT: Defendant M&T Bank's History of Violations of FDCPA

2                    Signed This _22_ day of April 2021.
                     _____
                     Plaintiff, Glenford Kennard Hyatt

The Plaintiff notes that M&T Bank has been sued previously and loss numerous cases including, but not limited to, a suit concerning "allegations that M&T Bank violated the False Claims Act by knowingly originating and underwriting mortgage loans insured by the U.S. Department of Housing and Urban Development's (HUD) Federal Housing Administration (FHA) that did not meet applicable requirements" US. are L Kelsehenbach v. M&T Bank Corp. 13-CV-0280(S) (WD.N.Y.). , and "M&T Bank violated the Fair Debt Collection Practices Act (FDCPA) and the California Rosenthal Fair Debt Collection Practices Act" Lisa Silveira v. M&TBank, Case No. 2:19-cv-06958, in the US. District Courtfor the Central District of California. The court should not ignore the history of M&T Bank, nor its counsel which is not an eyewitness and cannot attest under oath to the validity of any alleged contract, terms, conditions, or any related elements of the enforceable aspects of the case regarding a direct debt obligation.

## III. FACT: Defendant M&T Banks' False Representation of an Amount of Debt

Defendant M&T Bank has incorrect records and has misrepresented data as a non-eyewitness with a history of violating Federally protected consumer rights. In this case, Defendant violated 15 U.S.C. § 1692e(2)(A)"  . Defendant's

3

Signed This _22_ day of April 2021.

Plaintiff, Glenford Kennard Hyatt

records should not be accepted in good faith but should be scrutinized to show

good faith-based upon the history of the Defendant M&T Bank and theft ability to

hire counsel willing to violate laws to commit fraud upon the court and obtain

unwarranted judgements through deception and fraud. If a debt collector shows a

false representation of the amount of debt that is owed, it materially violates 15

U.S.C. § 1692e(2)(A)" as well as reaffirming that this is a violation of § 1692f(1).

See *Coyne v. Midland Funding L.L.C.*, 895 F.3d 1035 (8th Cir. 2018). In that case,

Consumer stated a claim that Midland Funding L.L.C. violated § 1692e and §

1692f by attempting to collect interest on a credit card balance that already

included interest in violation of a state law that prohibited charging of compound

interest without a contractual agreement. The Eighth Circuit held that "a false

representation of the amount of a debt that overstates what is owed under state law

materially violates 15 U.S.C. § 1692e(2)(A)" as well as reaffirming that this is a

violation of § 1692f(1). M&T Bank has falsely reported this debt to Equifax,

Experian, and Transunion credit bureaus; causing further damage to the Plaintiff.

## IV. CONCLUSION

The Plaintiff offers the Defendants to pay 30% of the monetary value of

the relief requested due to all damages, pursuant any and all non-response,

Defendant M&T Bank accepts liability by acquiescent and agrees to all

4

Signed This _7 7_ day of April 2021.

Plaintiff, Glenford Kennard Hyatt

claims of which were defined in all previous mailings; as Plaintiff is

seeking relief from incongruent debt obligations and upon receipt of this

mailing of memorandum of support for motion for summary judgment by order,

Plaintiff wishes that the Defendants satisfy all incongruences and return to the

Plaintiff free and clear title of the property.

The 2nd offer the Plaintiff presents is for the Defendants to pay 50% of the

monetary value of the relief requested due to all damages, pursuant any and all

non-response, Defendant M&T Bank accepts liability by acquiescent and agrees to

all claims of which were defined in all previous mailings; as Plaintiff is seeking

relief from incongruent debt obligations and within 20 days of receipt of this

mailing of memorandum in support of motion for summary judgment by order,

Plaintiff wishes that the Defendants satisfy all incongruences and return to the

Plaintiff free and clear title of the property within 20 days of receipt of this motion

to move the court to summary judgement by order. The 3Fd offer for the

Defendants is to pay the Plaintiff 70% of total amount of claim, along with free

and clear title of the property, and can be paid to the Plaintiff if Defendants pay

damages within 30 days of receipt of this mailing . Upon Defendants

reaching out for a settlement offer reasonably, The Plaintiff continues the

5

Signed This 2̲2̲ day of April 2021.

Plaintiff, Glenford Kennard Hyatt

order for full satisfaction of claim within 45 days of this Memorandum of Support of Motion for Summary Judgement By Order.

Respectfully submitted, this 22nd day of April, 2021.

/s/ Glenford Hyatt
Glenford Hyatt
Attorney Of Fact/Propria Persona
Glenh4480@gmail.com

GLENFORD HYATT
c/o 4480 S Cobb Drive SE
STE H, Box 558
Smyrna, GA 30080

6

Signed This 22 day of April 2021.

Plaintiff, Glenford Kennard Hyatt

## <u>CERTIFICATION OF COUNSEL</u>

I hereby certify that the foregoing document has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

/s/ *Glenford Hyatt*
Glenford Hyatt
Attorney Of Fact/Propria Persona
Glenh4480@gmail.com

GLENFORD HYATT
c/o 4480 S Cobb Drive SE
STE H, Box 558
Smyrna, GA 30080

7

Signed This ___ day of April 2021.

Plaintiff, Glenford Kennard Hyatt

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22nd, 2021, the foregoing document was mailed via First Class Registered Mail to the following:

<u>Rachel R. Friedman</u>
BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363

/s/      *Glenford Hyatt*      .
Attorney of Fact, Propria Persona
Glenh4480@Gmail.com

8

Signed This 22 day of April 2021.

Plaintiff, Glenford Kennard Hyatt