FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 10 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# AFFIDAVIT OF SERVICE

| Case: 1:21-CV-0221 CC | Court: UNITED STATES DISTRICT COURT for the Northern District of Georgia | County: Fulton, GA | Job: 5642556 |
|---|---|---|---|
| **Plaintiff / Petitioner:** GLENFORD KENNARD HYATT | | **Defendant / Respondent:** LAKEVIEW LOAN SERVICING LLC. | |
| **Received by:** Southeastern Process Servers | | **For:** GLEN HYATT | |
| **To be served upon:** LAKEVIEW LOAN SERVICING LLC. | | | |

I, Rochelle Earthrise, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** LAKEVIEW LOAN SERVICING LLC. was Corporate served via their Registered Agent BURR & FOREMAN LLP, Legal Counsel Rachel R. Friedman and accepted in her behalf by Legal Counsel Kevin Stone, Authorized, Law Office: 171 17th St NE SUITE 1100, Atlanta, GA 30309

**Manner of Service:** Registered Agent, May 5, 2021, 11:44 pm EDT

**Documents:** SUMMONS IN A CIVIL ACTION, PLAINTIFFS RESPONSE TO DEFENDANTS OPPOSITION TO PLAINTIFFS' "MOTION TO MOVE THE COURT FOR SUMMARY JUDGEMENT BY ORDER". NOTICE TO AGENT IS NOTICE TO PRINCIPLE, PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS DUE TO NON-RESPONSE, NOTICE TO AGENTS IS NOTICE TO PRINCIPLE, AND MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO MOVE THE COURT FOR SUMMARY JUDGEMENT BY ORDER. (Received Apr 26, 2021 at 6:49pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Apr 28, 2021, 12:35 pm EDT at Law Office: 171 17th St NE SUITE 1100, Atlanta, GA 30309
LAKEVIEW LOAN SERVICING LLC Registered Agent Burr & Foreman LLP, Legal Counsel Rachel R. Friedman no longer works out of this office located at 171 17th Street NW, Suite 1100, Atlanta, GA 30363. No one was authorized to accept service in her behalf.

2) Successful Attempt: May 5, 2021, 11:44 pm EDT at Law Office: 171 17th St NE SUITE 1100, Atlanta, GA 30309 received by LAKEVIEW LOAN SERVICING LLC served via their Registered Agent BURR & FOREMAN LLP, Rachel R. Friedman and accepted in her behalf by Legal Counsel Kevin Stone, Authorized. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'10"; Hair: Brown; Eyes: Brown; Relationship: Authorized;
LAKEVIEW LOAN SERVICING LLC. was Corporate served via their Registered Agent Burr & Foreman LLP, Legal Counsel Rachel R. Friedman, and accept in her behalf by Legal Counsel Kevin Stone, Authorized.

_____   5/6/2021
Rochelle Earthrise ID# CPS 236     Date

Southeastern Process Servers
2296 Henderson Mill Rd NE # 116
Atlanta, GA 30345
404-330-9066

Subscribed and sworn to before me by the affiant who is personally known to me. In The State Of Georgia. Dekalb County.

_____
Notary Public
5/6/2021                    07/19/24
Date            Commission Expires

[Notary Seal: SUSAN EARTHRISE, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, JULY 19, 2024]

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Glenford Kennard Hyatt )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:21-CV-0221 CC
)
Lakeview Loan Servicing LLC. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lakeview Loan Servicing LLC. in care of:
Rachel R. Friedman
BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glenford Hyatt
c/o 4480 S Cobb Drive SE
STE H, Box 558
Smyrna, Georgia [30080]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 4/22/2021

*Signature of Clerk or Deputy Clerk*