IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENFORD KENNARD HYATT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | 1:21-CV-0221-CC-RGV |
| | : | |
| M&T BANK, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the Final Report and Recommendation (the "R&R") [Doc. No. 23] issued by Magistrate Judge Russell G. Vineyard on May 21, 2021. Magistrate Judge Vineyard recommends that *pro se* Plaintiff Glenford Kennard Hyatt's motion for summary judgment [Doc. No. 13] be denied, that Defendants M&T Bank and Lakeview Loan Services, LLC's Motion to Dismiss Amended Complaint with Prejudice [Doc. No. 10] be granted, and that this action be dismissed. The record reflects that no objections to the R&R have been filed and that the time period permitted for filing any such objections has elapsed.

Having reviewed the R&R for plain error in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the R&R is correct both in fact and in law. Accordingly, the Court **ADOPTS** the R&R [Doc. No. 23] as the decision of this Court. The Court **DENIES** *pro se* Plaintiff Hyatt's motion

for summary judgment [Doc. No. 13] and **GRANTS** Defendants M&T Bank and Lakeview Loan Services, LLC's Motion to Dismiss Amended Complaint with Prejudice [Doc. No. 10].  The above-styled action is hereby **DISMISSED**.

SO ORDERED this 9th day of June, 2021.

*s/  CLARENCE COOPER*
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE