UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Glenford Kennard Hyatt,<br><br>    Plaintiff,<br><br>vs.<br><br>M&T Bank, Lakeview Loan Servicing, LLC<br><br>,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-221-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed. Dated at Atlanta, Georgia, this 9th day of June, 2021.

            JAMES N. HATTEN
            CLERK OF COURT


            By s/ _D. Burkhalter_____
              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 9, 2021
James N. Hatten
Clerk of Court

By: _s/D. Burkhalter_____
   Deputy Clerk